IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NATIONAL ALLIANCE TO END HOMELESSNESS; WOMEN'S DEVELOPMENT CORPORATION,

Plaintiffs-Appellees,

v.

SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Defendants-Appellants.

No. 26-1767

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

Pursuant to Federal Rule of Appellate Procedure 42(b), the federal government hereby respectfully moves to voluntarily dismiss its appeal, with each side to bear its own costs on appeal. Plaintiffs do not oppose this request.

Respectfully submitted,

DANIEL TENNY

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN
*Attorneys, Appellate Staff*
*Civil Division, Room 7216*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*202-305-8727*

AUGUST 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 38 words, according to the count of Microsoft Word.

*/s/ Sarah Clark Griffin*
Sarah Clark Griffin

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I filed and served the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Sarah Clark Griffin*
Sarah Clark Griffin