# United States Court of Appeals
## For the First Circuit

No. 26-1767

NATIONAL ALLIANCE TO END HOMELESSNESS; WOMEN'S DEVELOPMENT CORPORATION,

Plaintiffs - Appellees,

v.

SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Defendants - Appellants.

**MANDATE**

Entered: August 28, 2026

In accordance with the judgment of August 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kristin Bateman
Kevin M. Bolan
Sarah Clark Griffin
Kevin Love Hubbard
Lynette J. Labinger
Amy Retsinas Romero
Robin F. Thurston
Lauren S. Zurier